**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CANDACE WILLRICH, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 4:14-CV-389 |
| GREG ABBOTT and KAMELA HARRIS | § § § | |
| *Defendants.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

On July 18, 2014, the United States Magistrate Judge issued its report and recommendation [Doc. #15], this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge recommended that Plaintiff Candace Willrich's Motion for Sanctions [Doc. #12] be denied. On August 1, 2014, Plaintiff filed objections to the report and recommendation of the Magistrate Judge [Doc. #23].

The Magistrate Judge recommended that Plaintiff's motion for sanctions be denied because there was no basis under either the Federal Rules of Civil Procedure or the court's inherent power for awarding sanctions. Plaintiff objects to the findings of the Magistrate Judge and requests that the court award sanctions against the defendants in this matter for their "bad" conduct, including attempting to murder Plaintiff, "making 'volitional' movements to assault Plaintiff in her home, in her motor vehicle, and at any venue," and severely battering Plaintiff as she visits a variety of retail establishments, such as Wal-Mart, 7-11, Best Buy, and other places. Plaintiff also requests that the court pursue criminal charges against the defendants under the Texas Penal Code. Plaintiff also asserts that she has provided over 10,000 documents throughout

1

the past 10 years to the US Justice Department, the State of Texas, the White House, the State of California, and many other agencies to support her burden of proof so that criminal sanctions could be filed against the guilty parties.

The court has made a *de novo* review of the objections raised by Plaintiff [Doc. #23] and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and Plaintiff's objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge [Doc. #15] is adopted, and Plaintiff Candace Willrich's Motion for Sanctions [Doc. #12] is **DENIED**.

So **ORDERED** and **SIGNED** this **31** day of **October, 2014.**

_____
Ron Clark, United States District Judge