**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CANDACE WILLRICH, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CASE NO. 4:14-CV-389 | |
| § | | |
| GREG ABBOTT and KAMELA HARRIS, § | | |
| § | | |
| *Defendants*. § | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On September 2, 2014, the United States Magistrate Judge issued its report and recommendation [Doc. #47], this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge recommended that Plaintiff Candace Willrich's Motion for Preliminary Injunctive Relief and Requested Hearing [Doc. #3] and Emergency Plaintiff Candace Willrich [sic] Second Motion for Injunctive Relief with Appendix [Doc. #18] be denied. On September 16, 2014, Plaintiff filed objections to the report and recommendation of the Magistrate Judge [Doc. #58].

The Magistrate Judge recommended Plaintiff's motions for preliminary injunction be denied because Plaintiff failed to establish any of the four factors required for the court to enter an injunction, and further finding that there was no basis for an injunction in this case. Plaintiff objects to the findings of the Magistrate Judge and requests that the court enter a preliminary injunction against Defendants.

The court has made a *de novo* review of the objections raised by Plaintiff [Doc. #58] and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and

1

Plaintiff's objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge [Doc. #47] is adopted, Plaintiff Candace Willrich's Motion for Preliminary Injunctive Relief and Requested Hearing [Doc. #3] is **DENIED**, and Emergency Plaintiff Candace Willrich [sic] Second Motion for Injunctive Relief with Appendix [Doc. #18] is **DENIED**.

So **ORDERED** and **SIGNED** this **31** day of **October, 2014.**

_____
Ron Clark, United States District Judge